# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

               Plaintiff,

                                             **Case No.  07-CR-177**

     -vs-

MICHAEL MCGEE, JR.,

               Defendant.

---

# ORDER

---

The defendant, Michael McGee, Jr. ("McGee") brings a motion to reopen the detention hearing previously held in this Court. McGee was ordered detained pending trial. He appealed this ruling to the Seventh Circuit Court of Appeals. The Seventh Circuit Court of Appeals affirmed this Court's order, rejecting McGee's appeal without comment.

McGee posits that the Court should reconsider its previous order for two reasons. First, more money will be put up for bail. Second, there have been no further allegations of witness intimidation since his detention and, because of this fact, stricter conditions of monitoring will assure that this and other such acts will not occur.

There is essentially nothing new offered to the Court on this renewed motion that the Court has not already considered and, once again, the Court is convinced that these measures will not assure the safety of the community or the parties connected to this case. Defendant's Motion to Reopen Detention Hearing is **DENIED.**

Dated at Milwaukee, Wisconsin, this 21st day of March 2008.

**SO ORDERED,**


**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**