# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                                            **Case No. 07-CR-177**

-vs-

**MICHAEL McGEE, JR.,**

        Defendant.

## DECISION AND ORDER

Upon the motion of the defendant, Michael McGee, Jr. ("McGee"), for Reconsideration of Order Denying Motion to Reopen Detention Hearing, the Court has again reviewed the record and the latest submissions by both parties. Based on that review, the Court **DENIES** McGee's request to reconsider the Court's prior ruling denying McGee's motion to reopen detention hearing.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2008.

                                            **SO ORDERED,**

                                            s/ **Rudolph T. Randa**
                                            **HON. RUDOLPH T. RANDA**
                                            **Chief Judge**