12-7-09

Judge Clevert,

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 DEC 10 A11:36
JON W. SANFILIPPO
CLERK

I hope you accept this handwritten inquiry in all due respect, and respond at your convenience.

I received your denial of my motion for "Interruption of sentence."

My family and I are perplexed to say the least at what your response meant. You stated that I didn't demonstrate "good cause for temporary release." Is my grandmother's surgery—for cancer—as well as my uncle's death not "good cause"?

Continued next page

My grandmother, in addition to not being able to attend my uncle's Funeral - due to ovarian cancer, also has no one to stay with her while she recovers from surgery. If released, I can provide some help by staying with her a few days until she regains adequate strength. My family is doing the best they can, however, she fell down and had to go back to the hospital again.

I respect your decision, but I would like to know what circumstances do you recognize that would move you to favor such a motion. The Bureau of Prisons rarely allow individuals, even in good standing, a furlough to help situate and comfort families facing crisis.

continued

I laid out a history of several judges, including yourself, who have allowed individuals an interruption due to family emergencies. As recently as this year, Judge Rudolph Randa has allowed two individuals to go home for funerals of Grandparents.

Again, I thank you for recognizing my need and at least entertaining my motion. I look forward to your response, and I realize you have increased caseload, and judicial responsibilities. Please advise,

Respectfully,
Michael McGee